1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:  (510) 523-4702
   Facsimile:   (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA              NO. CV15-00652 SLM
11
                  Plaintiff,
12                                       **JUDGMENT ON DEFAULT**
           v.
13
   ANDY AGUILAR
14 aka ANDY R. AGUILAR
   aka ANDY RIVERA AGUILAR
15 aka ANDRES UNDERWOOD
   aka ANDRES AGUILAR
16 aka ANDRES RIVERA AGUILAR

17              Defendant.
                                    /
18

19      In the above entitled action, the defendant ANDY AGUILAR aka ANDY R. AGUILAR

20 aka ANDY RIVERA AGUILAR aka ANDRES UNDERWOOD aka ANDRES AGUILAR aka

21 ANDRES RIVERA AGUILAR having been duly served with the Summons and a copy of the

22 Complaint in the action, and the defendant having failed to appear, answer, plead, or

23 otherwise defend in the action within the time allowed by law, or at all, and default having

24 been duly entered; and it further appearing that plaintiff's claim against the defendant is for

25 a sum certain and for interest which can by computation be made certain and for costs; and

26 it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been

27 filed, setting forth the amounts due plaintiff from said defendant in accordance with the

28 prayer of the Complaint, and also setting forth that defendant is not an infant or

1 | incompetent person or in the military service of the United States within the meaning of the
2 | Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers'
3 | and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and
4 | praying that Judgment be entered herein.
5 |     NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
6 |     IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
7 | and from the defendant, ANDY AGUILAR aka ANDY R. AGUILAR aka ANDY RIVERA
8 | AGUILAR aka ANDRES UNDERWOOD aka ANDRES AGUILAR aka ANDRES RIVERA
9 | AGUILAR, the sum of $20,984.01 as principal, interest, attorney fees, and costs, plus
10 | interest in the amount of $1.55 per day from March 24, 2015, to the date of entry of the
11 | judgment, plus post judgment interest thereafter at the current legal rate per annum,
12 | pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded annually
13 | pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered
14 | accordingly.

JUDGMENT ENTERED: 3/25/2015

RICHARD W. WIEKING, Clerk
UNITED STATES DISTRICT COURT

Deputy Clerk    MARK ROMYN